IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRACY CHABOT | * | |
| | * | |
| v. | * | Civil Action No. CCB-13-3769 |
| EXPERIAN, et al. | * | |
| | * | |
| | *** | |

## ORDER

The motions to dismiss filed by the Attorney General (ECF No. 10) and the Comptroller of Maryland (ECF No. 8) have been reviewed, together with the plaintiff's opposition. No plausible claim under the Fair Credit Reporting Act has been stated against those defendants in the complaint filed by Tiffany Chabot. Accordingly, the motions to dismiss are **Granted**.

**SO ORDERED** this 31st day of March, 2014.

/s/
Catherine C. Blake
United States District Judge